# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

United States of America §
§ CRIMINAL COMPLAINT
vs. § CASE NUMBER: DR:21-M -01821(1)
§
(1) Silvia Villalobos-Martinez §

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **October 12, 2021** in **Uvalde** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, intentionally and knowingly failed to enter the United States at a designated border crossing point and did not report said arrival and present himself and all articles in his possession for inspection, to wit: a misdemeanor

in violation of Title **19** United States Code, Section(s) **1459(a)**
.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: "On October 12, 2021, defendant Silvia Villalobos-Martinez, was arrested near Uvalde, Texas, within the Western District of Texas, for entering upon the United States and failing to present herself and all articles accompanying her for inspection to the customs officer at the customs facility. Defendant was encountered by Border Patrol Agents after illegally crossing the Rio Grande River near Del Rio, Texas. Defendant stated she was a

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
Renteria, Oscar G.
Border Patrol Agent

10/15/2021     at    DEL RIO, Texas
File Date                             City and State

COLLIS WHITE
UNITED STATES MAGISTRATE JUDGE     Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.  Case Number: DR:21-M -01821(1)

(1) Silvia Villalobos-Martinez

**Continuation of Statement of Facts:**

citizen of Mexico and did not possess any legal documents to legally enter or remain in the United States. Defendant admitted in a sworn statement to not being inspected at the port of entry and illegally entering the United States by wading across the Rio Grande River."

_____  
Signature of Judicial Officer

_____  
Signature of Complainant